# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129825(35)

KENNETH KARACZEWSKI,
            Plaintiff-Appellee,

v

FARBMAN STEIN & COMPANY and
NATIONWIDE MUTUAL INSURANCE
COMPANY,
            Defendants-Appellants.

SC: 129825
COA: 256172
WCAC: 02-000480

_____

            On order of the Chief Justice, the motion by the Wayne County Prosecuting
Attorney for leave to file a brief *amicus curiae* in this case is considered and it is
GRANTED.



            I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2006

_____
Clerk